Appeal, Second Circuit, Parish of Caddo. 149 So.2d 239.

Writ refused. The judgment of the Court of Appeal is not final.

150 So.2d 588

**Mrs. June Weaver LEWIS**

v.

**Arnold David LEWIS.**

**No. 46604.**

March 15, 1963.

In re: June Weaver Lewis applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 148 So.2d 420.

Writ refused. We find no error of law in the judgment complained of.

SANDERS, J., recused.